▮ UNITED STATES *versus* ONE GRAY HORSE, ONE BROWN HORSE, ONE NEW LUMBER WAGON, ONE BAY HORSE, ONE BAY MARE, ONE OTHER LUMBER WAGON, ONE SET HARNESS, AND ONE PIECE INGRAIN CARPETING CONTAINING EIGHTY-FOUR YARDS. ▮

JOURNAL ENTRIES: (1) Jan. 21, 1834: libel filed, time fixed for trial, notice ordered published; (2) Feb. 15, 1834: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt; (4) collector's receipt.
*File No.* 105.

▮ UNITED STATES *versus* JONATHAN PERRIN AND GARRET VAN ANTWERP. ▮

JOURNAL ENTRIES: (1) March 20, 1834: declaration filed, rule to plead; (2) June 2, 1834: rule for default judgment, damages to be assessed by jury; (3) June 5, 1834: damages assessed, judgment.
PAPERS IN FILE (1833–35): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) writ of fi. fa. and return; (5) writ of ca. sa. and return.
*File No.* 81.

▮ UNITED STATES *versus* JONATHAN PERRIN AND GARRET VAN ANTWERP. ▮

JOURNAL ENTRIES: (1) March 20, 1834: declaration filed, rule to plead; (2) June 2, 1834: rule for default judgment, damages to be assessed by jury; (3) June 5, 1834: damages assessed, judgment.
PAPERS IN FILE (1833–35): (1) Precipe for summons; (2) summons and return; (3) declaration; (4–5) subpoenas; (6) writ of fi. fa. and return; (7) writ of ca. sa. and return.
*File No.* 82.

▮ UNITED STATES *versus* JEREMIAH POST AND JAMES MABEE. ▮

JOURNAL ENTRIES: (1) March 20, 1834: declaration filed, rule to plead; (2) June 2, 1834: rule for default judgment, damages to be assessed by jury; motion to set aside default and for leave to plead; (3) June 5, 1834: motion to set aside default overruled, damages assessed, judgment.
PAPERS IN FILE (1833–34): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) affidavit in support of motion to set aside default; (5) subpoena.
*File No.* 90.